# MATTHEW J. SALIMBENE, P.C.
*Attorney at Law*

Phone: (212) 935 - 2060	900 Third Avenue, 5th Floor
Fax: (646) 783 - 3688	New York, New York 10022

January 9, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Re:	Letter motion to refund fees paid electronically
GLESTER ELVEY v. SILVER'S CRUST WEST INDIAN RESTAURANT & GRILL INC and CONRAD MCGREGOR
**18-cv126**

To whom this may concern:

We respectfully request a refund of the transaction amount of $400.00 for the filing fee on the above captioned matter. As a result of a computer glitch, user error or a combination of both we were charged twice for the same transaction.

Specifically, the transaction for the purchase of the case number was processed twice. See <u>Exhibit</u> "A" attached hereto. It appears that the second transaction with the Agency Tracking ID of 0207-10101179 was processed during the opening the above captioned matter. However, the first transaction with the Agency Tracking ID of 0207-10101120 is not associated with any matter but was also charged during the opening of this matter.

On that note, please issue a refund to the American Express card ending in 1014 in the amount of $400.00

If any further information is needed please call me at (212) 935-2060 Ext. 1001. Sorry for any inconvenience.

Thank you in advance.

Yours truly,

_____/s/_____
Matthew J. Salimbene

Encl.