UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **GLESTER ELVEY,** | Civil Case No.: 1:18-cv-00126 |
| *Plaintiff,* | |
| against, | **MOTION FOR DEFAULT JUDGMENT** |
| **SILVER'S CRUST WEST INDIAN RESTAURANT & GRILL INC and CONRAD MCGREGOR,** | |
| *Defendants.* | |

---

Plaintiff GLESTER ELVEY hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant(s) SILVER'S CRUST WEST INDIAN RESTAURANT & GRILL INC and CONRAD MCGREGOR on the grounds that said defendants(s) failed to answer or otherwise defend against the complaint.

Dated: New York, New York
      July 5, 2018

                            Matthew J. Salimbene, P.C.
                            *Attorneys for the Plaintiff(s)*

                            _____/s/_____
                            Matthew J. Salimbene, Esq.
                            900 Third Avenue, Suite 1801
                            New York, New York 10022
                            P: (212) 935-2060
                            E: MJS@SalimbeneLaw.com

To:
Silver's Crust West Indian Restaurant & Grill, INC.
1606 E. 55th Street, 2nd Floor
Brooklyn, New York 11234
     -and-
Conrad McGregor
1606 E. 55th Street, 2nd Floor