**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **GLESTER ELVEY,** | : | Civil Case No.: 1:18-cv-00126 |
| | : | |
| *Plaintiff,* | : | **DECLARATION IN SUPPORT** |
| | : | **FOR THE ENTRY OF DEFAULT** |
| against, | : | |
| | : | |
| **SILVER'S CRUST WEST INDIAN RESTAURANT** | : | |
| **& GRILL INC and CONRAD MCGREGOR,** | : | |
| | : | |
| *Defendants.* | : | |

---

Matthew J. Salimbene, Esq., hereby declares under the penalties of perjury as follows:

1. I am an attorney duly admitted to practice in the State of New York, to the Bar of this Court and the attorney for Plaintiff GLESTER ELVEY.

2. This action was commenced pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b), and the New York Labor Law.

3. On January 16, 2018, Plaintiff served Defendant SILVER'S CRUST WEST INDIAN RESTURANT & GRILL INC d/b/a SILVER KRUST WEST INDIAN RESTAURANT & GRILL INC by serving a copy of the Summons and Complaint under Business Corporation Law § 306 upon the New York State Secretary of State. **(Exhibit 1).**

4. On January 19, 2018, Plaintiff served Defendant CONRAD MCGREGOR by serving a copy of the Summons and Complaint upon CONRAD MCGREGOR personally. **(Exhibit 2).**

5. The time for defendants, SILVER'S CRUST WEST INDIAN RESTAURANT & GRILL INC and CONRAD MCGREGOR, to answer or otherwise move with respect to the complaint herein has expired.

6. Defendants, SILVER'S CRUST WEST INDIAN RESTAURANT & GRILL INC and CONRAD MCGREGOR, have not answered or otherwise moved with respect to the

complaint, and the time for defendants to answer or otherwise move has not been extended.

7.     That defendants CONRAD MCGREGOR and SILVER'S CRUST WEST INDIAN RESTAURANT & GRILL INC are not infants or incompetent.

8.     That defendants CONRAD MCGREGOR and SILVER'S CRUST WEST INDIAN RESTAURANT & GRILL INC are not presently in the military service of the United States as appears from facts in this litigation.

9.     Wherefore, Plaintiff requests judgment on each cause of action.

10.    Wherefore, Plaintiff requests that a notation of a default of Defendants SILVER'S CRUST WEST INDIAN RESTURANT & GRILL INC d/b/a SILVER KRUST WEST INDIAN RESTAURANT & GRILL INC and CONRAD MCGREGOR be entered.

11.    I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.


Dated: New York, New York
        July 5, 2018


                                        Respectfully submitted.

                                        Matthew J. Salimbene, P.C.
                                        *Attorneys for the Plaintiff(s)*


                                        _____/s/_____
                                        Matthew J. Salimbene, Esq.
                                        900 Third Avenue, Suite 1801
                                        New York, New York 10022
                                        P: (212) 935-2060
                                        E: MJS@SalimbeneLaw.com

# EXHIBIT 1

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-cv-00126                                   Purchased/Filed: January 9, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT              EASTERN DISTRICT

*Glester Elvey*                                                    Plaintiff

against

*Silver's Crust West Indian Restaurant & Grill Inc, et ano.*       Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ January 16, 2018 _____, at _3:45pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Collective Action Complaint with Civil Cover Sheet

on

_____ Silver's Crust West Indian Restaurant & Grill Inc _____, the Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __55__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__
Color of skin: __White__   Hair color: Red/Blonde   Sex: Female   Other: _____

Sworn to before me on this
_16th_ day of _____ January, 2018 _____

_____              _____
SCOTT SCHUSTER                                       James Perone
NOTARY PUBLIC, State of New York                     **Attny's File No.**
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018              Invoice•Work Order # SP1800520

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

# EXHIBIT 2

Form 2 - AFFIDAVIT OF SERVICE

**P811438**

**Matthew J. Salimbene, P.C.**   Yansel Ramos
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK
_____

GLESTER ELVEY

index No.
**1:18-CV-00126**

PLAINTIFF

Date Filed

- vs -

Office No.

SILVERS CRUST WEST INDIAN RESTAURANT & GRILL INC, ETANO

Court Date.

DEFENDANT
_____

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JACQUELINE WOS** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on the **19TH** day of **JANUARY 2018, 4:36PM**
at      **1606 E 55TH STREET 2ND FL**
        **BROOKLYN NY 11234**
I served the **SUMMONS IN A CIVIL ACTION, COLLECTIVE ACTION COMPLAINT, CIVIL COVER SHEET**
upon **CONRAD MCGREGOR**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the
aforementioned documents with **TANZILA AZZAM, CO-HABITANT,** a person of suitable age and
discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **FAIR** HAIR: **BLACK**
APP.AGE: **37** APP. HT: **5'4** APP. WT: **180**
OTHER IDENTIFYING FEATURES


On **01/29/2018** I deposited in the United States mail another true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT**
at the above address. That being
**the usual place of abode of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside
thereof by return address or otherwise that said notice is from an attorney or concerns an
action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to**  whether the DEFENDANT
was in the military service of the United States Government, or of the State of New York, and
received a negative reply. Upon information and belief based upon the conversation and
observation as aforesaid I aver that the  **DEFENDANT**  is not in the military service, and is not
dependent on anyone in the military service of the United States Government or the State of New
York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers
and Sailors Civilian Relief Act.

Sworn to before me this
25TH day of JANUARY, 2018


SHAWN D FORBES
Notary Public, State of New York
No. 01FO6275296
Qualified in KINGS COUNTY
Commission Expires 01/28/2021

JACQUELINE WOS DCA LIC #2034482
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-MJSPC-811438

**2a**